FENN, Respondent, v. W. M. OSTRANDER, Inc., Appellant, et al. (Supreme Court, Appellate Division, First Department, April 8, 1910.) Action by Nene V. T. Fenn, in behalf, etc., against W. M. Ostrander, Incorporated, and others. M. Higgins, for appellant. A. O.

Townsend, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 App. Div. 953, 121 N. Y. Supp. 1130.